BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
JUN 18 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the SEARCH of:<br><br>The following account at Comcast Communications LLC, Custodian of Records, Legal Response Center, 650 Centerton Rd., Moorestown, NJ 08057<br><br>YOUNG_SHANEP@COMCAST.NET | CASE NO. 1:13-SW-00116 GSA<br><br>ORDER TO UNSEAL AFFIDAVIT AND SEARCH WARRANT |

IT IS HEREBY ORDERED that the Affidavit and Search Warrant be unsealed and made public record.

Dated: June 18, 2015

_____
BARBARA A. MCAULIFFE
U.S. Magistrate Judge

TYPE PLEADING NAME

2